IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**VICTORIA STURDIVANT**                                      **PLAINTIFF**

**v.**                                      **CIVIL ACTION NO. 3:21-CV-00202-GHD-RP**

**TALLAHATCHIE GENERAL HOSPITAL AND**
**ROBERT CARTER, INDIVIDUALLY**                        **DEFENDANTS**

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

Pursuant to an Opinion issued this day, it is hereby ORDERED that:

(1) the Defendants' Motion to Dismiss for Failure to State a Claim [9] is GRANTED;

(2) the Plaintiff's violation of ERISA claim is DISMISSED WITH PREJUDICE;

(3) the Plaintiff's remaining claims are DISMISSED WITHOUT PREJUDICE; and

(4) this case is CLOSED.

SO ORDERED, this the 18th day of April, 2022.

_____
SENIOR U.S. DISTRICT JUDGE